**Michael GARNER, Relator,**

v.

**MOBIL WASHER and Cincinnati Insurance Company, Respondents.**

No. A12–2336.

Supreme Court of Minnesota.

Dec. 6, 2013.

Karl–Fritz H.A. von Reuter, Minneapolis, MN, for relator.

Thomas J. Misurek, Jardine, Logan and O'Brien, P.L.L.P, Lake Elmo, MN, for respondents.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on December 4, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____

Lorie S. Gildea
Chief Justice